**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTONIO K. ADAMS,

Plaintiff,

v. Case No. 3:23-cv-1427-WWB-MCR

DR. J. GREENFIELD, et al.,

Defendants.

---

**ORDER**

THIS CAUSE is before the Court on a review of the file. Although a plaintiff in a civil case does not have a constitutional right to counsel, *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999), the Court finds that counsel should be appointed to represent Plaintiff at this time. Thus, the Court *sua sponte* **REFERS** this case to the Jacksonville Division Civil Pro Bono Appointment Program so that the designated deputy clerk of this Court may seek counsel to represent Plaintiff. If counsel is secured, the Court will enter a separate order specifying the appointment. The process of finding counsel may be lengthy; therefore, the parties are encouraged to discuss the possibility of settlement and immediately notify the Court if their efforts are successful.

Plaintiff is advised that courts are not authorized "to make coercive appointments of counsel." *Mallard v. U.S. Dist. Ct. for S. Dist. of Iowa*, 490 U.S. 296, 310 (1989). As such, the Court cannot compel an attorney to take a case for free. *See* 28 U.S.C. § 1915(e)(1) ("The court may *request* an attorney to represent any person unable to afford counsel." (emphasis added)). Therefore, if an attorney has not been secured after 90

days, or if Plaintiff advises the Court that he desires to proceed without a lawyer, the Court will require him to continue the prosecution of this case on his own.

This case is **STAYED** pending the appointment of counsel or further order of the Court. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case. In light of the stay, the motions for extension of time (Doc. Nos. 70, 78) are **DENIED as moot**. Within **fifteen days** of reopening, the parties shall file a joint notice advising the Court whether the discovery motions (Doc. Nos. 68, 71, 72, 75) have been resolved.

**DONE AND ORDERED** in Jacksonville, Florida, on July 14, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-11
c:
Antonio K. Adams, #U08976
Counsel of Record